**Geraldine SUAREZ, Petitioner,**

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
Respondent.

No. 04–3362.

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before SCHALL, BRYSON, and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.